149 A.3d 555

**LAY, John Robert**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 380, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Dismissed by the Court of Special Appeals (No. 430, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

149 A.3d 555

**LAYFIELD**

v.

**INSLEY**

**Pet. Docket No. 382, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 177, Sept. Term, 2015).

Petition for writ of certiorari denied.